COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 31, 2015
 No. 10-15-00301-CR
 EX PARTE JAMES REID BENTLEY
 _______________
 
 From the 413[th] District Court
 Johnson County, Texas
 Trial Court No. F49700
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that reversible error is presented. Accordingly, the trial court's order signed on August 13, 2015, is reversed and judgment is rendered that bail is set at $50,000. This case is remanded to the trial court for further proceedings.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK
 
 By: ___________________________
 Nita Whitener, Deputy Clerk